tendered by the jury, cannot be sustained. *Willoughby v. Threadgill,* 72 N. C., 438. The modification of defendant's special instructions was not only without prejudice, but entirely proper under the evidence in the case. The verdict and judgment must be upheld.

No error.

---

CHARLES F. DUNN v. JOHN H. DOVE, JESEPHER HURST, TOLSON JARMAN AND F. E. WALLACE, TRUSTEE.

(Filed 7 October, 1925.)

APPEAL by plaintiff from *Barnhill, J.,* at August Term, 1925, of LENOIR. Affirmed.

*Charles F. Dunn for plaintiff.*
*F. E. Wallace and Cowper, Whitaker & Allen for defendant.*

PER CURIAM. The principles of law involved in this case are practically the same as those in *Dunn v. McKnight, post,* 860. On the authority in that case, this case is

Affirmed.

---

CHARLES F. DUNN v. FRANK McKNIGHT.

(Filed 7 October, 1925.)

APPEAL by plaintiff from *Barnhill, J.,* at August Term, 1925, of LENOIR. Affirmed.

*Charles F. Dunn for plaintiff.*
*Ely J. Perry and F. E. Wallace for defendant.*

PER CURIAM. This was an action in ejectment to recover real property, brought by plaintiff against defendant. The summons and complaint were duly served on defendant, who filed answer and defense bond. Plaintiff made motion before the clerk to strike out answer and for judgment by default final. This motion was denied by the clerk, and plaintiff appealed to the Superior Court. The cause was duly transferred to the civil issue docket of the Superior Court at term for trial upon the issues raised by the pleadings.

The matters in controversy were heard after notice by defendant to plaintiff, at August Term, 1925, by his Honor, Barnhill, J., who found